ORIGINAL

09 JUL 10 PM 2:52

RICT
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
v.                                 )     CAUSE NO. 2:08-cr-15-WTL-CMM-11
                                   )
MICHAEL COLEMAN,                   )
                                   )
          Defendant.               )

## STIPULATED FACTUAL BASIS OF THE PARTIES

Comes now the United States of America, by counsel, Bradley A. Blackington, Assistant

United States Attorney, and the defendant, Michael Coleman, by counsel, Mark Inman, and file

this Stipulated Factual Basis of the Parties:

From January, 2007 through December 11, 2008, Robbin Welker directed the activities of

a methamphetamine distribution in the Terre Haute area. Welker's primary methamphetamine

source was Saul Martinez-Palmero. Welker and other individuals acting at Welker's direction

transported the methamphetamine from Indianapolis to Terre Haute. Welker distributed the

methamphetamine to several individuals in the Terre Haute area.

Michael Coleman became active in Welker's methamphetamine trafficking organization

in late June or early July, 2008. Coleman took approximately eight trips to Indianapolis to obtain

methamphetamine. On approximately three occasions, Coleman drove Welker to Indianapolis

and Welker obtained one pound of methamphetamine from Martinez-Palmero per transaction.

On approximately two occasions, Coleman and Shonna Frye drove to Indianapolis to obtain

methamphetamine. Coleman and Frye obtained approximately one pound of methamphetamine

from Martinez-Palmero per transaction. On three or four occasions, Coleman and Rick Dowden

drove to Indianapolis to obtain methamphetamine. Coleman and Dowden obtained between one

and two pounds of methamphetamine per transaction.

Coleman is accountable for the distribution of approximately ten pounds of

methamphetamine.

The parties agree that the facts outlined above are true and correct to the best of their

knowledge, information, and belief. The parties further agree that these facts constitute a

sufficient factual basis to support the defendant's plea of guilty.

Respectfully submitted,

A. COURTNEY COX
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF ILLINOIS

By:

Bradley A. Blackington
Assistant United States Attorney

Michael Coleman
Defendant

Mark Inman
Attorney for Michael Coleman